No. 96–5762. RAINIER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5763. SMITH *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 96–5770. DONOVAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5773. VENERI *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–5788. WHITNEY *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 96–5790. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5791. WALTON *v.* UNITED STATES; and
No. 96–5849. WATKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 86 F. 3d 1154.

No. 96–5792. STAPLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5795. MONTANYE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5796. GARY *v.* PENSION FUND OF INTERNATIONAL UNION OF OPERATING ENGINEERS, #478. C. A. 2d Cir. Certiorari denied.

No. 96–5799. RODGERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5801. RENTERIA-CAICEDO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5802. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5805. ELLISOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.